**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                                       Case No. _____

Lichtenstein, William _____    Chapter 7 _____
                                            Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION

I [We] William Lichtenstein _____ and _____, hereby declare(s) under penalty of perjury that all of the information contained in my **petition, schedules & statements** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(b) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: **May 14, 2007** _____    Signed: _____/s/_____
                                                                Affiant

                                                              Signed: _____
                                                                Joint Affiant

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: **May 14, 2007** _____    Signed: _____/s/ Peter Fellman_____
                                                              Attorney for Affiant
                                                              **Peter J. Fellman 162370**
                                                              **Peter J. Fellman**
                                                              **36 Bromfield Street**
                                                              **Suite 406**
                                                              **Boston, MA 02108**
                                                              **(617) 426-5386**

DECLARATION RE: ELECTRONIC FILING